UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.: 1:25-CR-247 |
| v. | : |
| | : |
| LARRY JOHNSON | : |
| | : |
| Defendant. | : |

## ~~(PROPOSED)~~ ORDER

Upon consideration of the Government's Motion for an Order of Court Directing Larry Johnson to Comply with Buccal Swab Search Warrant Under Penalty of Contempt and Authorizing Reasonable Means and Necessary Force, it is this __15__ day of __Sept__, 2025, hereby:

ORDERED, that the Government's *Unopposed* Motion is **GRANTED**; and it is further

ORDERED, that Larry Johnson is **DIRECTED** to cooperate with the collection of the buccal swab and any failure to cooperate shall be punishable by contempt; and it is further

ORDERED, that law enforcement officers are authorized to use reasonable means necessary to collect Larry Johnson's buccal swab.

**SO ORDERED.**

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE

19